# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>Plaintiff (Petitioner)<br><br>v.<br><br>MICHAEL BROWN AKA MICHAEL J BROWN AKA M.I. BROWN; et al.<br>Defendant (Respondent) | CASE and/or DOCKET No.: 16-05657<br><br>Sheriff's Sale Date: _____ |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served MICHAEL BROWN the above process on the 6 day of February, 2017, at 3:45 o'clock, PM, at 809 Burmont Road, Apt. A Drexel Hill, PA 19026, County of Delaware, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age 51-55   Height 5'8   Weight 175   Race WHITE   Sex MALE   Hair GRAY
Military Status: ☑ No   ☐ Yes   Branch: _____

Commonwealth/State of  Pa                )
                                          ) SS:
County of  Berks                          )

Before me, the undersigned notary public, this day, personally, appeared __D'wayne Henriksson__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158201
Case ID #: 4803522

Subscribed and sworn to before me
this 7 day of Feb, 2017.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017