

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　Plaintiff<br><br>　　　v.<br><br>MICHAEL BROWN, | No. 16-05657 |

**FILED**
MAR 01 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## DEFAULT JUDGMENT

AND NOW, this __1st__ day of __March__, 2017, it appearing by Affidavit of Plaintiff, United States of America, on behalf of its Agency, the Department of Education, by its specially appointed counsel, KML Law Group, P.C., by Rebecca A. Solarz, Esquire, that the Complaint in the above-captioned action was filed in the Court on Friday, October 28, 2016 and, after due service of process on Defendant, MICHAEL BROWN, according to law, no appearance, answer or other defense has been served or filed by or on behalf of Defendant,

JUDGMENT IS ENTERED in favor of the Plaintiff, United States of America, on behalf of its Agency, the Department of Education, and against Defendant, MICHAEL BROWN, in the amount of $14,644.90 and $4,864.74 for a total of $19,509.64. Judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

Date: 3/1/17

　　　　　　　　　　　　　　　　　　Clerk, United States District Court
　　　　　　　　　　　　　　　　　　Eastern District of Pennsylvania

　　　　　　　　　　　　　　　By: _Richard Sabo_
　　　　　　　　　　　　　　　　　　Deputy Clerk